IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DERRICK BENNING,                                          :
                                                         :
                    Petitioner(s),                       :
                                                         :     Case Number: 1:06cv862
            vs.                                           :
                                                         :     District Judge Susan J. Dlott
WARDEN, LEBANON CORRECTIONAL                             :
INSTITUTION,                                             :
                                                         :
                    Respondent(s).                       :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States

District Court for the Southern District of Ohio Western Division to United States Magistrate Judge

Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed

with this Court on December 19, 2007 the Report and Recommendations (Doc. 8).  Subsequently, the

petitioner filed objections to such Report and Recommendations (Doc. 10).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de

novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that

such Recommendations should be adopted.

Accordingly, Petitioner's first ground for relief is without merit.  Because he cannot show

ineffective assistance of appellate counsel, he cannot offer it as excusing cause and prejudice for his

procedural defaults on his other claims.  Nor has he successfully shown actual innocence.

It is therefore **ORDERED** that the Petition herein is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


        ___s/Susan J. Dlott_____
        Susan J. Dlott
        United States District Judge